# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2019

159756 & (43)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

KEANTE MARTEZ KIYA,
        Defendant-Appellee.

SC: 159756
COA: 340965
Jackson CC: 16-005352-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED and the request for appellate bond is DENIED as moot. The application for leave to appeal the April 23, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARKMAN, J. (*dissenting*).

For the reasons set forth by the Court of Appeals dissent, I would reverse the judgment of the Court of Appeals and reinstate defendant's conviction and sentence.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2019



Clerk

t0702